# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

**PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35**

**V.**                    **CIVIL ACTION NO. 04-10337-RGS**

**SKYLIGHT CONSULTANTS OF AMERICA**

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                    **AUGUST 3, 2005**

THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED, PURSUANT TO LOCAL RULE 41.1, FOR FAILURE OF THE PLAINTIFF TO PROSECUTE.

SO ORDERED.

                                        **RICHARD G. STEARNS**
                                        **UNITED STATES DISTRICT JUDGE**

        **BY:**

                                        **/s/ Mary H. Johnson**
                                        **Deputy Clerk**